IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MICHAEL MULLA,

            Plaintiff,

v.                                      CIVIL ACTION NO.   2:25-cv-00299

SANDRA BULLMAN,

            Defendant.

**MEMORANDUM OPINION AND ORDER**

On May 6, 2025, the Plaintiff, proceeding *pro se*, filed his *Complaint for a Civil Case* (Document 1) in this matter. By *Administrative Order* (Document 4) entered on May 7, 2025, the action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

On August 12, 2025, the Magistrate Judge entered a *Notice of Failure to Make Service Within Ninety (90) Days* (Document 19) wherein he notified the Plaintiff that the docket does not reflect service upon the Defendant and further ordering the Plaintiff to show cause within ten (10) days as to why the Magistrate Judge should not recommend dismissal of this action. The Plaintiff has failed to respond to this *Notice*.

On August 27, 2025, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 20) wherein it is recommended that this Court dismiss this action

1

pursuant to Federal Rule of Civil Procedure 4(m). Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by September 15, 2025.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that this matter be **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m) and **REMOVED** from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER: September 24, 2025

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA